| | |
|---|---|
| 1 | L. JULIUS M. TURMAN (SBN 226126) |
| | jturman@constangy.com |
| 2 | PHILIP J. SMITH (SBN 232462) |
| | psmith@constangy.com |
| 3 | **CONSTANGY BROOKS SMITH AND PROPHETE LLP** |
| | 50 California Street, Suite 1625 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 918-3000 |
| 5 | Facsimile: (415) 918-3007 |
| 6 | Attorneys for Defendant |
| 7 | TARGET CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GERALD FUSON, | Case No. 4:17-cv-5353 MEJ |
|---|---|
| Plaintiff, | [Removal from Superior Court of California, Alameda County Superior Court Case No. RG17859726] |
| vs. | |
| TARGET CORPORATION, AND DOES 1 THROUGH 50 | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

STIPULATION OF DISMISSAL      -1-      Case No. 4:17-cv-5353

The parties to this action, acting through counsel and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of the above-entitled action, with each party to bear its own attorneys' fees and costs.

Dated: November 22, 2017

MICHAEL I. REED, ATTORNEY AT LAW

By _____
Michael I. Reed
Attorneys for Plaintiff
GERALD FUSON

Dated: November 2, 2017

CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By _____
L. Julius M. Turman
Philip J. Smith
Attorneys for Defendant
TARGET CORPORATION

### [PROPOSED] ORDER

On November ___, 2017, the parties jointly submitted a Stipulation of Dismissal to the Court. Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.

Dated: 12/19, 2017

_____
HON. MARIA-ELENA JAMES
United States District Judge

December 19, 2017

STIPULATION OF DISMISSAL -2- CASE NO. 4:17-cv-5353